*Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 32, Misc. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John Powers Crowley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 44, Misc. NEWMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Alvin D. Edelson* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 48, Misc. LOFLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 60, Misc. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James M. Murphy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 63, Misc. ADAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 71, Misc. SPENCER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 72, Misc. WOOTEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 76, Misc. HAILEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall,*

*Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 75, Misc. CHAPMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jay Goldberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 79, Misc. KING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 82, Misc. BROOKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 84, Misc. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 87, Misc. THOMAS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 88, Misc. BEUFVE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe L. Harrell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 96, Misc. AGY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 99, Misc. STEPHENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosen-*